**O**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

| | |
|---|---|
| EVERGREEN MARINE CORP. (TAIWAN) LTD.; EVERGREEN MARINE (UK) LIMITED; and EVERGREEN MARINE (SINGAPORE) PTE.  LTD.; a/k/a EVERGREEN LINE,<br><br>                    Plaintiffs,<br><br>        v.<br><br>THUAN LOI SHIPPING,<br><br>                    Defendants. | Case No. 2:15-cv-04963-ODW(FFM)<br><br>**JUDGMENT** |

In accordance with this Court's Order Granting Plaintiffs' Motion for Default Judgment Against THUAN LOI SHIPPING ("THUAN") (ECF No. 17), the Court hereby orders judgment in favor of Plaintiffs EVERGREEN MARINE CORP. (TAIWAN) LTD., EVERGREEN MARINE (UK) LIMITED and EVERGREEN MARINE (SINGAPORE) PTE. LTD.   (collectively "EVERGREEN") and against THUAN, in the total amount of $146,579.67 as follows:

Evergreen Marine Corp. (Taiwan) Ltd.: $72,142.82;

Evergreen Marine (UK) Limited: $37,574.72; and

Evergreen Marine (Singapore) Pte. Ltd.: $36,862.13

The Court further awards EVERGREEN their attorneys' fees in the amount of $6,531.59, and costs and expenses of $515.60, for a total judgment of $153,626.86. The Court further grants EVERGREEN declaratory judgment against THUAN for ongoing demurrage and other damages and charges that continue to accrue, according to proof, until all containers are returned to EVERGREEN.

The Court also awards EVERGREEN interest on the judgment until paid under 28 U.S.C.§1961.

**IT IS SO ORDERED.**

September 25, 2015

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**